**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 04-6436

———————————

RONALD ROGERS,

Plaintiff - Appellant,

versus

JAMES R. VANCAMP; J. KIRK OSBORN; AMOS G.
TYNDALL; MICHAEL E. BEALE, Judge; STAPLES
HUGHES,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Frank W. Bullock, Jr.,
District Judge. (CA-03-1111-1)

———————————

Submitted:  July 15, 2004          Decided:  July 21, 2004

———————————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Ronald Rogers, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Rogers appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Rogers v. Vancamp, No. CA-03-1111-1 (M.D.N.C. Feb. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED